330

No. 59513.—Close & Stewart *v.* United States, protests 170931–K and 173159–K (Seattle).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59514.—A. N. Deringer, Inc., et al. *v.* United States, protests 173821–K, etc. (Ogdensburg).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

No. 59515.—Arthur J. Humphreys *v.* United States, protests 192627–K and 214325–K (Seattle).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59516.—International Packers Commercial Co., Inc. *v.* United States, protests 194060–K, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.